& GREENE LLP
James F. Sweeney (SBN 124527)
Stephen J. Greene, Jr. (SBN 178098)
Eric Grant (SBN 151064)
9381 East Stockton Blvd., Suite 218
Elk Grove, CA 95624
Telephone: (916) 753-1300
Facsimile: (916) 753-1333

NAGELY, MEREDITH, & MILLER
Andrea M. Miller (SBN: 088992)
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No.: (916) 386-8282
Facsimile No.:   (916) 386-8952

Attorneys for Defendant John Roe 1,
(the Roman Catholic Bishop of Sacramento,
a Corporation Sole)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RUBIO,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN ROE 1, JOHN ROE 2, and ROES 3 through 100, inclusive,<br><br>    Defendants. | CASE NO. 2:07−CV−00568−WBS−GGH<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (RULE 12(b)(6)); [PROPOSED] ORDER GRANTING CONTINUANCE** |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

Whereas Plaintiff has filed a First Amended Complaint, which modifies the original complaint by, among other things, adding and deleting causes of action; and

Whereas there is pending on the Court's docket, for hearing on May 29, 2007, Defendant's Motion to Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted (the Motion to Dismiss), filed by Defendant as a responsive pleading to Plaintiff's original complaint that was filed in state court prior to removal to this Court; and

PDF created with pdfFactory trial version www.pdffactory.com

Whereas Plaintiff's Motion to Remand this action to state court is currently pending and also set for hearing on May 29, 2007;

The Parties hereby stipulate to the entry by the Court of an order continuing the hearing for Defendant's Motion to Dismiss, until July 23, 2007, to permit the issues raised in Plaintiff's Motion to Remand to be resolved prior to Defendant filing a revised Motion to Dismiss directed at the content of the First Amended Complaint.

DATED: May 14, 2007                    LAW OFFICES OF JOSEPH C. GEORGE

                                                      By: _____
                                                         Joseph C. George
                                                         Attorneys for Plaintiff Hector Rubio

DATED: May_14, 2007                    SWEENEY & GREENE LLP

                                                      By: _____/S/_____
                                                          Stephen J. Greene, Jr.
                                                         Attorneys for Defendant ROMAN CATHOLIC
                                                         BISHOP OF SACRAMENTO

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that Defendant Roman Catholic Bishop of Sacramento, a corporation sole's Motion to Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted be continued from May 29, 2007 to July 23, 2007 at 2:00 p.m.

Date:  May 14, 2007

                                                              WILLIAM B. SHUBB
                                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com