UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HECTOR RUBIO,

       Plaintiff,                NO. CIV. S-07-00568 WBS GGH

    v.

ROMAN CATHOLIC BISHOP
OF SACRAMENTO, a corporation sole,

       Defendant.
_____/

ROMAN CATHOLIC BISHOP              <u>RELATED CASE ORDER</u>
OF SACRAMENTO, a corporation sole,

       Plaintiff,                NO. CIV. S-07-01435 LKK GGH

    v.

HECTOR RUBIO,

       Defendant.
_____/

HECTOR RUBIO,

       Plaintiff,                NO. CIV. S-07-01583 LKK GGH

    v.

ROMAN CATHOLIC BISHOP OF
SACRAMENTO, a corporation sole,

       Defendant.
_____/

1           ----oo0oo----

2           Examination of the above-entitled actions reveals that
3  these actions are related within the meaning of Local Rule 83-
4  123, E.D. Cal. (1997), in that all three actions involve the same
5  parties and related claims.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  saving of judicial effort and is also likely to be convenient for
8  the parties.  The parties should be aware that relating the cases
9  under Local Rule 83-123 merely has the result that these actions
10 are assigned to the same judge and the same magistrate judge; no
11 consolidation of the actions is effected.

12           IT IS THEREFORE ORDERED that the actions denominated
13 CIV. S-07-00568 WBS GGH, Hector Rubio v. Roman Catholic Bishop of
14 Sacramento, CIV. S-07-01435 LKK GGH, Roman Catholic Bishop of
15 Sacramento v. Hector Rubio, and CIV. S-07-01583 LKK-GGH, Hector
16 Rubio v. Roman Catholic Bishop of Sacramento, should be, and the
17 same hereby are, deemed related and cases denominated CIV. S-07-
18 01435 LKK GGH and CIV. S-07-01583 LKK GGH shall be reassigned to
19 the Honorable WILLIAM B. SHUBB (and Magistrate Judge Gregory G.
20 Hollows) for all further proceedings.  Henceforth the captions on
21 all documents filed in the reassigned cases shall be shown as
22 CIV. S-07-01435 WBS GGH and CIV. S-07-01583 WBS GGH,
23 respectively, and any dates currently set in the reassigned cases
24 only are hereby VACATED.

25           IT IS FURTHER ORDERED that the Clerk of the Court make
26 appropriate adjustments in the assignment of civil cases to
27 //
28 //

1  compensate for this reassignment.
2          IT IS SO ORDERED.
3  DATED: August 7, 2007

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE